AO 257 (REV. 6/78)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [x] COMPLAINT [ ] INFORMATION [ ] INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
Felix Recio
U.S. MAGISTRATE JUDGE
Southern District of Texas
Brownsville, Texas

United States District Court
Southern District of Texas
FILED
DEC 22 2008
Michael N. Milby, Clerk of Court

**OFFENSE CHARGED**
Knowingly and unlawfully was present in the United States after having been previously denied admission, excluded, deported, and removed.

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[x] Felony

U.S. vs
**DEFENDANT**
Jose SANCHEZ Perez

**Place of offense**: near Riviera, Texas

8 USC 1326

**Address**:

**Birth Date** (Optional unless a juvenile)

[x] Male  [ ] Female  [x] Alien (If applicable)

B08-1447-MJ

## PROCEEDINGS

**Name of Complainant Agency, or Person (& Title if any)**
United States Border Patrol
Brownsville, Texas

[ ] person is waiting trial in another Federal or State Court, give name of court.

[ ] this person/proceedings is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District.

[ ] this is a re-prosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y   [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

## DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summon was served on above charges.
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Bond from (Show District)

**IS IN CUSTODY**
4) [x] On this charge
5) [ ] On another conviction  [ ] Federal  [ ] State
6) [ ] Awaiting trial on other charges. If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [x] Yes  [ ] No   If "Yes" give date filed: 12/22/2008

**DATE OF ARREST**: Month December  Day 21  Year 2008

**DATE TRANSFERRED TO U.S. CUSTODY**: Month / Day / Year

**Name and Office of Person Furnishing Information on THIS FORM**
Duane Hernandez
U.S. Border Patrol
Brownsville, Texas

**Name of Asst. U.S. Att'y (if assigned)**
[ ] U.S. Att'y   [ ] Other U.S. Agency

[ ] This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Detainer Filed on: **December 22, 2008**

U. S. GOVERNMENT PRINTING OFFICE : 1982 0 - 374 410